AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>BREEN, J. DANIEL | 2. Court or Organization<br><br>WESTERN DISTRICT OF TENNESSEE | 3. Date of Report<br><br>04/25/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE/ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>444 UNITED STATES COURTHOUSE<br>111 SOUTH HIGHLAND AVENUE<br>JACKSON, TN 38301 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Executive Committee | National Conference of Federal Trial Judges |
| 2. Board of Directors | Federal Judges' Association |
| 3. Trustee | Trust #1 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Breen, J. Daniel**

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 04/25/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 2/4/2010-2/7/2010 | Orlando, FL | National Conference of Federal Trial Judges | travel, lodging and meals |
| 2. | Federal Judges Association | 5/22/2010-5/24/2010 | Washington, DC | Meeting | travel, lodging and meals |
| 3. | American Bar Association | 9/22/10-9/26/2010 | Chicago | Meeting | travel, lodging and meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 04/25/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 04/25/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bancorp South | A | Interest | K | T | | | | | |
| 2. IRA - Fidelity Mag. | B | Dividend | L | T | | | | | |
| 3. CMA ACCT. - MERRILL LYNCH | | | | | | | | | |
| 4. Idaho Power Co. CS (now known as Idacorp, Inc.) | A | Dividend | J | T | | | | | |
| 5. Procter & Gamble CS | A | Dividend | K | T | | | | | |
| 6. Chicago, IL Brd. Ed. Bonds | A | Interest | | | Sold | 06/03/10 | J | A | |
| 7. AT&T CS | A | Dividend | J | T | | | | | |
| 8. Coca-Cola CS | A | Dividend | J | T | | | | | |
| 9. E.I. Dupont CS | A | Dividend | J | T | | | | | |
| 10. Johnson & Johnson CS | A | Dividend | J | T | | | | | |
| 11. Waddell & Reed Acct | | | | | | | | | |
| 12. Waddell & Reed Strategy Port | A | Dividend | J | T | | | | | |
| 13. Waddell & Reed Balanced Port | A | Dividend | J | T | | | | | |
| 14. Waddell & Reed Bond Port | A | Dividend | J | T | | | | | |
| 15. Waddell & Reed Core Equity | A | Dividend | J | T | | | | | |
| 16. Waddell & Reed Growth Port | A | Dividend | J | T | | | | | |
| 17. Ivy VIP Mny Mkt | A | Interest | | | Sold | 12/10/10 | K | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 04/25/2011 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Waddell & Reed High Income Port | A | Dividend | J | T | | | | | |
| 19. Waddell & Reed Science & Tech Port | A | Dividend | J | T | | | | | |
| 20. Waddell & Reed Small Cap Growth Port | A | Dividend | J | T | | | | | |
| 21. Waddell & Reed Trgt. Fd. Intl. Growth Port | A | Dividend | J | T | | | | | |
| 22. Waddell & Reed Value Port | A | Dividend | J | T | | | | | |
| 23. Waddell & Reed Global Ntrl. Res. Port | A | Dividend | J | T | | | | | |
| 24. Waddell & Reed Mid Cap Gwth Port | A | Dividend | J | T | | | | | |
| 25. Waddell & Reed Target Microcap Gwth | A | Dividend | J | T | | | | | |
| 26. Waddell & Reed Target Energy Port | A | Dividend | J | T | | | | | |
| 27. ING Acct. | | | | | | | | | |
| 28. ING Am. Fds. Gwth-Inc. Port | A | Dividend | J | T | | | | | |
| 29. Fidelity Contrafund | A | Dividend | J | T | | | | | |
| 30. ING FMR SM Diversified Midcap | A | Dividend | J | T | | | | | |
| 31. ING JP Morgan Small Cap Cove Eq. Port | A | Dividend | J | T | | | | | |
| 32. ING An. Fds. Int'l Port | A | Dividend | J | T | | | | | |
| 33. IRA ACCOUNT - MERRILL LYNCH | | | | | | | | | |
| 34. American Capital Income | A | Dividend | | | Sold | 06/03/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Allianz NFJ Int'l Value Fund | A | Dividend | J | T | Buy | 06/03/10 | J | | |
| 36. American New Perspective | A | Dividend | J | T | | | | | |
| 37. American Fundamental Investors | A | Dividend | J | T | Buy | 06/03/10 | J | | |
| 38. American Short Term Bond | A | Dividend | J | T | | | | | |
| 39. Coca Cola - CS | A | Dividend | J | T | | | | | |
| 40. Blackrock Low Duration Bd. Fd. | A | Dividend | K | T | | | | | |
| 41. Fidelity Advisor New Insights Fd. | A | Dividend | J | T | Buy | 10/25/10 | J | | |
| 42. Duke Energy-CS | A | Dividend | J | T | | | | | |
| 43. Exxon Mobil - CS | A | Dividend | J | T | | | | | |
| 44. General Electric - CS | A | Dividend | J | T | | | | | |
| 45. Home Depot - CS | A | Dividend | J | T | | | | | |
| 46. Household Int'l - CS | A | Dividend | J | T | | | | | |
| 47. Johnson & Johnson - CS | A | Dividend | J | T | | | | | |
| 48. J. P. Morgan Chase & Co. | A | Dividend | J | T | | | | | |
| 49. McDonalds - CS | A | Dividend | J | T | | | | | |
| 50. Loomis Sayles Strategic Inc. Fd. | A | Dividend | J | T | | | | | |
| 51. Microsoft Corp. - CS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 04/25/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fidelity Advisor Mid-Cap Fd. | A | Dividend | J | T | | | | | |
| 53. Spectra Energy Corp. CS | A | Dividend | J | T | | | | | |
| 54. Wal-Mart Stores - CS | A | Dividend | J | T | | | | | |
| 55. Pimco Total Return Fd. | A | Dividend | | | Sold | 10/25/10 | J | A | |
| 56. Blackrock Global Alloc. Fd. | A | Dividend | J | T | | | | | |
| 57. IRA- MERRILL LYNCH | | | | | | | | | |
| 58. Sallie Mae Bank - CD | A | Interest | J | T | | | | | |
| 59. DN Southside Bank - CD | A | Interest | | | Redeemed | 10/15/10 | J | A | |
| 60. EKSPORT STARS SPX | A | Interest | J | T | Buy | 10/28/10 | J | | |
| 61. Allianz NFJ Int'l Value Fd. | A | Dividend | J | T | Buy | 06/03/10 | J | | |
| 62. American New Perspective Fd. | A | Dividend | J | T | | | | | |
| 63. American Fundamental Investors | A | Dividend | J | T | Buy | 06/03/10 | J | | |
| 64. American Capital Income | A | Dividend | | | Sold | 06/03/10 | J | A | |
| 65. American Short Term Bond Fd. | A | Dividend | J | T | | | | | |
| 66. Blackrock Low Duration Bond Fd. | A | Dividend | J | T | | | | | |
| 67. Fidelity Advisor | A | Dividend | J | T | | | | | |
| 68. Eaton Vance Low Duration Fd. | A | Dividend | | | Sold | 10/28/10 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 04/25/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Blackrock Global Alloc. Fd. | A | Dividend | K | T | | | | | |
| 70. | | | | | Buy | 10/28/10 | J | | |
| 71. Franklin Income Fd. | A | Dividend | | | Sold | 06/03/10 | K | A | |
| 72. Sallie Mae Bank CD | A | Interest | J | T | | | | | |
| 73. John Hancock Balanced | A | Dividend | J | T | | | | | |
| 74. DN Southside Bank CD | A | Interest | | | Redeemed | 06/03/10 | J | A | |
| 75. Am. Short Term Bd. Fd. | A | Dividend | J | T | | | | | |
| 76. Primco Total Return Fd. | A | Dividend | | | Sold | 10/25/10 | J | A | |
| 77. Blackrock Low Duration Bd. Fd. | A | Dividend | J | T | | | | | |
| 78. Fidelity Advisor New Insights Fd. | A | Dividend | J | T | Buy | 10/25/10 | J | | |
| 79. Goldman Sachs Grwth Fd. | A | Dividend | J | T | | | | | |
| 80. Eaton Vance Large Cap Value Fd. | A | Dividend | | | Sold | 10/28/10 | J | A | |
| 81. Hartford Cap Apprec. Fd | A | Dividend | | | Sold | 10/28/10 | J | A | |
| 82. Loomis Sayles Global Mkts Fd. | A | Dividend | J | T | Buy | 10/28/10 | J | | |
| 83. Loomis Sayles Strag. Inc. Fd. | A | Dividend | K | T | | | | | |
| 84. Merrill Lynch Money Market Fd. | A | Interest | J | T | | | | | |
| 85. Merrill Lynch Retirement Reserves | A | Interest | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000

2. Value Codes (See Columns C1 and D3)
F =$50,001 - $100,000
J =$15,000 or less
N =$250,001 - $500,000
P3 =$25,000,001 - $50,000,000
G =$100,001 - $1,000,000
K =$15,001 - $50,000
O =$500,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
L =$50,001 - $100,000
P1 =$1,000,001 - $5,000,000
P4 =More than $50,000,000
H2 =More than $5,000,000
M =$100,001 - $250,000
P2 =$5,000,001 - $25,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
U =Book Value
R =Cost (Real Estate Only)
V =Other
S =Assessment
W =Estimated
T =Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 04/25/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  Procter & Gamble CS | A | Dividend | J | T | | | | | |
| 87.  Waddell & Reed Advisors Small Cap | A | Dividend | J | T | | | | | |
| 88.  Waddell & Reed Accumlative | A | Dividend | J | T | | | | | |
| 89.  Waddell & Reed Core Investment | A | Dividend | J | T | | | | | |
| 90.  Waddell & Reed Advisors Cash Managment | A | Dividend | J | T | | | | | |
| 91.  BanCorp South CD | A | Interest | J | T | | | | | |
| 92.  Ivy VIP Asset Strategy | A | Dividend | K | T | Sold (part) | 01/20/10 | J | A | |
| 93.  Ivy VIP Balanced Fd. | A | Dividend | J | T | Sold (part) | 01/20/10 | J | A | |
| 94.  Ivy Energy Fd. | A | Dividend | J | T | Sold (part) | 01/20/10 | J | A | |
| 95.  Ivy Global Nat'l Res. Fd. | A | Dividend | K | T | Sold (part) | 01/20/10 | J | A | |
| 96.  Ivy Intl Grwth Fd. | A | Dividend | J | T | Sold (part) | 01/20/10 | J | A | |
| 97.  Ivy Sci NC Tech Fd. | A | Dividend | J | T | Sold (part) | 01/20/10 | J | A | |
| 98. | | | | | | | | | |
| 99.  TRUST #1 (lines 101-128) (x) | | | | | | | | | |
| 100.  - ML Bank Deposit Program | A | Interest | K | T | | | | | |
| 101.  - CD GE Capital Financial | A | Interest | | | Redeemed | 06/25/10 | J | A | |
| 102.  - RBC ARN SPX | A | Dividend | | | Sold | 07/27/10 | K | B | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 04/25/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. MUTUAL FUNDS | | | | | | | | | |
| 104. - Blackrock Cap &Inc. Strat | A | Dividend | | | Sold | 07/27/10 | J | A | |
| 105. Columbia Acorn Fd. | A | Dividend | J | T | Buy | 07/27/10 | J | | |
| 106. - Eaton Vance Large Cap | A | Dividend | K | T | | | | | |
| 107. - First Eagle Global Fd. | A | Dividend | K | T | | | | | |
| 108. - Hartford Mid Cap FC CL C | A | Dividend | | | Sold | 07/27/10 | J | A | |
| 109. - Ivy Asset Strategy | A | Dividend | K | T | Sold (part) | 07/27/10 | K | A | |
| 110. - Janus Forty Fd | A | Dividend | K | T | | | | | |
| 111. John Hancock Strategic Incm. | A | Dividend | K | T | Buy | 07/27/10 | K | | |
| 112. - Loomis Sayles Strategic | A | Dividend | | | Sold | 07/27/10 | K | A | |
| 113. - Lord Abbett National T/F | B | Dividend | K | T | Sold (part) | 07/27/10 | K | A | |
| 114. - Nuveen High Yield Muni Bd. Fd. | B | Dividend | K | T | Sold (part) | 07/27/10 | J | A | |
| 115. - Nuveen Trdwinds Value Fd. | A | Dividend | J | T | Sold (part) | 07/27/10 | J | A | |
| 116. Oppenheimer Developing Mkts. Fd. | A | Dividend | J | T | Buy | 07/27/10 | J | | |
| 117. Pimco Global Multi Asset Fd. | A | Dividend | J | T | Buy | 07/27/10 | J | | |
| 118. - Principal High Yield | A | Dividend | | | Sold | 07/27/10 | J | A | |
| 119. Templeton Global Bond Fd. | A | Dividend | K | T | Buy | 07/27/10 | K | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 04/25/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Bac ARn Rogrer | A | Dividend | | | Redeemed | 09/07/10 | J | A | |
| 121.  Eksport ARN Gold Spot | A | Dividend | J | T | Buy | 07/29/10 | J | | |
| 122.  SEK ARN RICIGLER | A | Dividend | J | T | Buy | 08/27/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 04/25/2011 |

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ J. DANIEL BREEN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544